# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Deloys M. Garrett,

    Plaintiff,

        v.                         Case No. 1:06cv809

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 3, 2008 (Doc. 10).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The decision of the Commissioner is **REVERSED** pursuant to Sentence Four of 42 U.S.C. § 405(g) and remanded. This action is closed.

    **IT IS SO ORDERED.**

                                                  *S/Michael R. Barrett*

bac    March 20, 2008                            Michael R. Barrett, Judge
                                                    United States District Court